IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CITY OF AMORY                                                                                          PLAINTIFF

v.                                                                            CAUSE NO: 1:24-CV-210-SA-DAS

APRIL MAE HOWELL                                                                                  DEFENDANT

ORDER OF DISMISSAL

On November 12, 2024, April Mae Howell, proceeding *pro se*, filed a Notice of Removal [1] as well as a Motion to Proceed *In Forma Pauperis* [2]. On November 18, 2024, Magistrate Judge Sanders entered a Report and Recommendation [4], wherein he provided the following recommendation:

> After considering the matter, the undersigned reports that there are no facts pled that could give rise to a claim over which this court might exercise federal subject matter jurisdiction. Accordingly, it is my report and recommendation that the motion to proceed *in forma pauperis* be denied and this action be summarily dismissed.

[4] at p. 1.

Howell filed an Objection [6]. The Objection [6] itself is a printed copy of the Report and Recommendation [4] on which Howell wrote multiple statements. None of the statements which she wrote relate to or address the Court's concerns with the lack of federal jurisdiction.

In short, there is no basis for federal jurisdiction. Howell has provided nothing to rebut the findings in the Report and Recommendation [4] and the Court likewise agrees that there is no basis for federal jurisdiction set forth in the Notice of Removal [1]. The Report and Recommendation [4] is ADOPTED IN FULL. This action is hereby DISMISSED. This CASE is CLOSED.

SO ORDERED this the 11th day of December, 2024.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE